7/7/22
10:06 AM
Case 1:22-cv-00104-H   Document 1   Filed 07/11/22   Page 1 of 6   PageID 1

FILED
July 11, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

1:22-cv-00104

To the United State Marshalls (Northern District) I Guy Jackson USM# 564761777 Currently housed here at Eden Detention Center (Core Civic). I am writing this letter in regards to several on going issue here at this facility. I have been housed at this unit since 12/20/21.

My first concern is with the inmate race ratio. They have 10 piasas: for 1 black & 1 white. It is to the point where we are being taken advantage of. For an example In Fox South there is only 1 TV room, with 4 TVs. 1 for sports 1 english an 2 spanish TVs. The Piasas take it upon themselves to have the spanish channel turned all the way up to the _max_ and if anybodys says anything to them they will beat us up. I wrote a grievance about the issue and was responded by case/unit manager saying "if you fear for your life you can go to protective custody", me and a couple other blacks wrote grievances.

Another issue occured in the month of February a black inmate was on the Telephone talking to his family when one Piasa walked up from behind an began to assault the inmate then the 80 rest of the Piasas began to Brutally beat the man stomping & kicking him in the face until he became unconcious, The C.O.s (Correctional Officers) came in and sprayed pepperspray and the black inmate was taken to the SHU (Special Housing Unit) AKA (LockDown) and only 3 other Piasas was Taken to lockdown as well.

I honestly feel as if the C.Os are not professionally doing their jobs to keep us inmates safe. (GJ)

Another issue occured around MAY 16th me and 2 →

black males came from working in the Food Services. Once we got to Fox South, the leader of the Piasas (Damien Castillo) gathered up all of his piasas and called me, Jesse-medrano-Silva and Andrew Tucker to the back. The leader told us he didn't want us in His dorm and told us we had to leave. So Jesse and Andrew walked to our cubical to pack up our belongings, and I advised the officer that we (the blacks) were being kicked out by the piasas. Damien Castillo hit Andrew Tucker in the face with a sock that had a solid hard object inside. The officer pulled us 3 out and questioned us at Medical. They then sent us to "Alpha" dorm.

On May 21st two Riots kicked off. It began with the white boys vs. Piasas from Alpha on the Handball court. Once that happened G-south was on the Soccer field and a riot kicked off between (whites, blacks & Tangos) vs. Piasas. I was still in Alpha but it didn't kick off in the dorm. The C.O.s advised us with what was going on outside so everybody was getting amped up. They then brought the white and Piasas from the handball court to Alpha and everybody had a meeting and shook hands. The dudes on soccer field were still fighting, and after they finished they placed those Piasas in the dorm G south and the whites, blacks, & Tangos got sent to the Gym.

About 30 minutes went by and the Riot popped back off but in Alpha dorm. Whites, blacks, & Tangos vs. Piasas. The officers came in and sprayed us with pepper spray, ran out of it, got pepper balls & gas grenades and bombed the Dorm. The Piasas were throwing Tablets, microwaves, bottles—

cups, & bowls as well as stabbing a couple inmates. Most of all the Americans ran to the bathrooms because we couldnt breathe Due to all the gas. The officers then all ran out an left us for Dead by locking us in there with the Piasas.

After finally being rescued there were Elderly men laying on the floor unconcious and pulled them out first. They then started handcuffing us and took all the Americans to R&D (Recieving & Departure) and left us handcuffed by Zip tyes in a Holding cell way over MAX CAPACITY for 4 hours. Our skin and Eyes were burning from the spray then they finally brought us water and took the Zip Ties off our Hands. They placed all the Piasas in G-south with the Piasas that were fighting on the soccer field and took us Americans to the gym and Housed us there and made us sleep on the floor. Still didnt bring us out to Shower, or rinse the spray off. While the piasas were housed in the dorm with A/c, running water, showers, microwaves, phones & Tablets.

The next day was Sunday May 22nd and we were still housed in the Hot Gym with NO A/c. The blacks that were in G-south came up to me and told me why didnt I help the black dude that got Jumped by the Piasas in February and I told them because I was not trying to get in Trouble, So they advised me I needed to fight one of them, (GJ) or leave the gym. So I went to the officer and let him know i couldnt stay there. They walked me to the Captain office and they questioned

me about what took place. I explained to him my situation and he advised me I was getting sent to lockdown for two days until they can get me housed (GP) accordingly. I was placed in cuffs and walked to LockDown. I now have been back here 47 Days still pending Housing to go to a Dorm.

Ive put several sick-calls in to be seen about my wisdom tooth pain still never been seen. Ive wrote grievances and still nothing has been resolved. The food is delivered COLD. I get showered every other day. Im not back here for disciplinary action so I shouldnt be Treated this way. My Family has attempted numerous. of Times to call up here and speak with Warden or other Rank and Not once have she spoken to them or have they returned her calls. My Attorney Dimitri Dube has called up here several times to speak to me about my case as well as concerned to why im still back here in lockdown. They dont accept his calls or return any of his voice messages.

We inmates do not have any access to cold water from our Sinks, all the water is HOT. The Showers and Sinks have black and green mold growing, very rusty as well on our faucets.

On 7/6/22 The water was shut off all day so we didnt have any Running water all Day to use the Bestroom or drink until 11:30 pm that night they brought us two 16.9 Fl Oz bottles of water. They took our video Tablets as well so the only way to contact our family is VIA Telephone.


I know and understand that I am incarcerated and things do not go my way. But I feel like us United State marshal detainees should be treated fair and equally like Human Beings. Even though we broke the law.

Its like we dont have anyone to contact about these issues, we try and talk to Rank. They dont help. We try and talk to the Warden but he is just covering up stuff for his staff members.

Alot of officers have quit due to the way this place is ran. Please take this letter serious and get this place investigated.

I am from San Angelo Tx. I am please requesting for the U.S marshalls to get me moved back To Tom Green County Jail as I await my court date in San Angelo 7·28·22.

~~cecessed~~ (GJ) I am Respectfully asking/requesting to get moved back to San Angelo Tx please & Thank you.

Respectfully,

✗ Guy Jackson #56476177

last 4 of social # (1943)
last 4 of license # (4927)

Guy Jackson #56476177
Eden Detention Center
P.O. Box 1617
Eden TX. 76837

ABILENE TX 795
08 JUL 2022 PM 2 L

U.S District Court House
341 Pine St   BLD 2008
Abilene TX, 79601

RECEIVED
JUL 11 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNCENSORED MAIL
FROM A
DETENTION CENTER