UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GUY JACKSON,
Institutional ID No. 56476177

                   Plaintiff,

v.                                     No.  1:22-CV-00104-H

EDEN DETENTION CENTER,

                   Defendant.

**DEFICIENCY SHOW CAUSE ORDER**

Plaintiff filed a civil-rights complaint.  On July 14, 2022, this Court ordered Plaintiff to file a complete amended complaint on the form provided by the Court and to pay the filing fee of $402.00 or to file the following documents within 20 days from the date of that order:

[**X**]     A signed application to proceed *in forma pauperis*;

[**X**]     A certified copy of his inmate trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint, certified by one of the officers at the institution where Plaintiff is incarcerated;

[**X**]     A signed copy of the authorization portion of the certificate of inmate trust account form or a signed copy of any consent form or authorization that the institution having custody of Plaintiff requires to allow it to access a prisoner's inmate trust fund account, to collect funds from the account, and to pay those funds to the Clerk of the District Court.

Plaintiff did not respond to the Court's order.  Thus, the Court finds that Plaintiff shall have 20 days from the date of this order to:

(1)     file his complete amended complaint and either pay the fee or file the above documents marked with an "X," or

(2)      file a sworn affidavit or unsworn declaration made under penalty of perjury pursuant to 28 U.S.C. § 1746, setting forth the specific steps he has taken to attempt to comply with the prior order, or his reasons for failing to comply, and

(3)      attach copies of any relevant consent forms or other supporting information to Plaintiff's sworn affidavit or unsworn declaration.

Plaintiff is reminded that false statements in his pleadings may result in sanctions against him, including dismissal with or without prejudice, and that false statements in an affidavit or unsworn declaration made under penalty of perjury may result in prosecution for perjury.

**If Plaintiff fails to respond to this order, the Court will dismiss this cause without further notice**.

So ordered.

Dated August __, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge

2