UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GUY JACKSON,
Institutional ID No. 56476177

                Plaintiff,

v.                                         No.  1:22-CV-00104-H

EDEN DETENTION CENTER,

                Defendants.

## ORDER

Plaintiff filed a handwritten document the Court interpreted as a civil-rights complaint. He did not use the court-approved form, nor did he pay the $402.00 filing fee or file an application to proceed *in forma pauperis* (IFP) with a certificate of his inmate trust account. The Court informed Plaintiff of the deficiencies and gave him multiple opportunities to cure them, but he failed to do so. Thus, as explained below, the case must be dismissed for failure to prosecute.

On July 14, 2022, the Court entered a notice of deficiency and order, requiring Plaintiff to file a complete amended complaint on the approved form and to pay the $402.00 filing fee or file an IFP application with a certified copy of his inmate trust account within 30 days. (Dkt. No. 5.) The Court warned Plaintiff that his failure to comply could result in the dismissal of this case for want of prosecution. Plaintiff did not respond to the July 14 order.

So the Court entered a deficiency show cause order. (Dkt. No. 6.) The Court again instructed Plaintiff that he must file a complete amended complaint and either pay the $402.00 filing fee or file an IFP application with a certificate of his inmate trust account within 20 days. Again, the Court cautioned Plaintiff that his failure to comply would result in the dismissal of this case without further notice. Again, Plaintiff did not respond, and the time to do so has passed.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action sua sponte for failure to prosecute or to comply with a court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash Railroad*, 370 U.S. 626, 629-30 (1962).

This case cannot proceed because Plaintiff has not filed an amended complaint, paid the required filing fee, or filed the required IFP documents. In fact, Plaintiff has not communicated with the Court in any way since the filing of his original complaint. As a result, the Court finds that the civil-rights complaint must be dismissed without prejudice for failure to prosecute.

So ordered.

The Court will enter judgment accordingly. All relief not expressly granted is denied and any pending motions are denied.

Plaintiff is admonished that if he refiles his complaint, he must file a complete complaint on the approved form and either pay the full filing fee of $402.00 or file an IFP application and a certificate of his inmate trust account.

Dated September 26, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge

2