UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GUY JACKSON,
Institutional ID No. 56476177

          Plaintiff,

v.

EDEN DETENTION CENTER,

          Defendants.

No. 1:22-CV-00104-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated September 26, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge